**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Quirino Torres Sanchez

               Plaintiff,

v.                                             Case No.: 1:26–cv–06003

                                             Honorable Elaine E. Bucklo

Samuel Olson

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 10, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: For reasons set forth in the accompanying order, petitioner's petition for a writ of habeas corpus [1] is granted. Respondents are ordered to provide petitioner with a bond hearing, as soon as practicable, at which respondents will have the burden to show by clear and convincing evidence that he poses a danger to the community or a risk of flight such that detention is necessary. See Ochoa Ochoa v. Noem, 2025 WL 2938779, at *8 (N.D. Ill. Oct. 16, 2025). Respondents are enjoined from denying petitioner bond on the basis that 8 U.S.C. § 1225(b)(2) applies to him. A Status Report is due by 7/16/2026, to include if and when the bond hearing occurred, if bond was granted, and, if bond was denied, the reasons for the denial. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.