UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| QUIRINO TORRES SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 26 C 6003 |
| | ) | |
| SAM OLSON, Chicago Field Office Director, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al*., | ) | Judge Bucklo |
| | ) | |
| Respondents. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

In order for respondents to pursue appeal, respondents request that this court enter a final judgment in favor of petitioner. Respondents also request that the judgment reflect that this court ordered respondents to release the petitioner after granting his petition for habeas corpus.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Geoffrey Gilpin
GEOFFREY GILPIN
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 371-0994
Geoffrey.Gilpin@usdoj.gov